Charles Parkinson, Respondent, v. George H. Munroe and Alexander Munroe, Composing the Firm of Munroe & Munroe, and Others, Impleaded with Lord's Court Building and The Empire State Surety Company, Appellants.— Judgment affirmed, with costs. No opinion. Ingraham, J., dissented on the ground that the evidence is not sufficient to show a consent by the appellant within the Lien Law.*

Armin Fraenkel, Appellant, v. Jonathan Friedmann, Respondent.— Judgment affirmed, with costs. No opinion. Houghton, J., dissented.

The People of the State of New York ex rel. James J. O'Brien, Relator, v. Theodore A. Bingham, as Police Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Pioneer Iron Works, Respondent, v. Marine Engine and Machine Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, J., dissented on the ground of erroneous rulings on the exclusion of the expert testimony.

The People of the State of New York ex rel. John L. Hulshof, Appellant, v. The Board of Education of the City of New York and William H. Maxwell, as Superintendent of Schools of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Lanman Bull and Others, Respondents, v. Chester Glass, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Royal Weaving Company, Respondent, v. Julius Prince, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cornelius M. Garrison, Respondent, v. Stephen H. P. Pell, Appellant, Impleaded with G. Blake Garrison and Clarence C. Garrison.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Florence Nunnally, Appellant, v. Mail and Express Company, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Samuel H. Kanner, Appellant, v. Edmond J. Butler, Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John W. Burke, Respondent, v. Charles Sundstrom and Frank M. Stratton, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edith Faurie, Appellant, v. Harry Lazelle, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martha A. Hind, as Administratrix, etc., of Alfred Hind, Deceased, Respondent, v. William T. Hallinan and John H. Potterton and Others, Impleaded with George A. Potterton, Appellant, Said John H. Potterton and George A. Potterton Doing Business under the Firm Name of Potterton Brothers.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma W. Carr, Respondent, v. Frank B. Carr, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

* See Laws of 1897, chap. 418, § 3.— [REP.